**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with N.J.N. JBR 9004-2(c)**
Ronald Gellert (No. 019321997)
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE  19801
Phone: (302) 425-5800
Fax: 302-425-5814
Email: rgellert@gsbblaw.com

*Counsel to Citizens Bank, N.A.*

Order Filed on August 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Ayten Ozdemir,

Debtor.

Chapter 13

Case No. 18-14452-JNP

## ORDER VACATING STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: August 17, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Citizens Bank, N.A. ("Movant") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated against the above captioned debtor to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

**2014 KIA FORTE VIN KNAFX4A62E5123578**

It is further ORDERED that the Movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Contract and pursue its state court remedies with respect to the Vehicle.

It is further ORDERED that the Movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.