**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| |
|---|
| **Caption in Compliance with N.J.N. JBR 9004-2(c)** |
| Ronald Gellert (No. 019321997) |
| Gellert Scali Busenkell & Brown, LLC |
| 1201 North Orange Street, Suite 300 |
| Wilmington, DE  19801 |
| Phone: (302) 425-5800 |
| Fax: 302-425-5814 |
| Email: rgellert@gsbblaw.com |
| |
| *Counsel to Citizens Bank, N.A.* |

Order Filed on August 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Ayten Ozdemir,

            Debtor.

Chapter 13

Case No. 18-14452-JNP

## ORDER VACATING STAY

The relief set forth on the following page is hereby ORDERED.

**DATED: August 17, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Citizens Bank, N.A. ("Movant") under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated against the above captioned debtor to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

**2014 KIA FORTE VIN KNAFX4A62E5123578**

It is further ORDERED that the Movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject Contract and pursue its state court remedies with respect to the Vehicle.

It is further ORDERED that the Movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:

Ayten Ozdemir

    Debtor

Case No. 18-14452-JNP

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 18, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Ayten Ozdemir, 2861 E. Chestnut Ave., Unit B, Vineland, NJ 08361-6204 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2021        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-22 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-22 rsolarz@kmllawgroup.com |
| Ronald S. Gellert | on behalf of Creditor Citizens Bank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

Victor Druziako
                              on behalf of Debtor Ayten Ozdemir bkdruziako@aol.com


TOTAL: 6